## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**Eric Deroy Nelson**                                                                           **Plaintiff**

**v.**                                   **No. 4:14-CV–472-SWW**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                   **Defendant**

### ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition (docket entry # 13) and the

objections (docket entry # 14), the court OVERRULES the objections, ACCEPTS the

recommended disposition, and DENIES Eric Deroy Nelson's request for relief (docket

entry # 2).  Nelson was advised of his right to legal representation.  Nelson chose to

proceed without representation.  The lack of representation has no bearing on this case.

Likewise, the subsequent award of benefits has no bearing on this case.   A reasonable

mind would accept the evidence as adequate to support the challenged decision.  The

court will enter judgment affirming the decision of Carolyn W. Colvin, Acting

Commissioner of the Social Security Administration.

So ordered this 1st day of July, 2015.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE