IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Eric Deroy Nelson                                                                                              Plaintiff

v.                                              No. 4:14-CV–472-SWW

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration                                                                       Defendant

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 1st day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE